UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ROBERT REINHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:24-cv-00406 |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC, and SUNCOAST CREDIT UNION, | ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS WITH PREJUDICE AS TO TRANS UNION, LLC ONLY**

Plaintiff, ROBERT REINHARDT, and Defendant, TRANS UNION, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED:  May 10, 2024           RESPECTFULLY SUBMITTED BY:

/s/ Shireen Hormozdi Bowman                 /s/ Charlotte Long
Shireen Hormozdi Bowman                     Charlotte Long
FL SBN: 0882461                             FL SBN: 0112517
Hormozdi Law Firm, LLC                      Trans Union, LLC
1770 Indian Trail Lilburn Road, Suite 175   555 W. Adams Street
Norcross, GA 30093                          Chicago, IL 60661
Tel: 678-395-7795                           Tel: 469-578-1464
Fax: 866-929-2434                           charlotte.long@transunion.com
shireen@norcrosslawfirm.com                 Attorney for Defendant, Trans Union, LLC
Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman  
Shireen Hormozdi Bowman