## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| ROBERT REINHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:24-cv-00406 |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC; TRANS UNION, LLC; | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC.; and SUNCOAST CREDIT UNION, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, ROBERT REINHARDT, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EQUIFAX INFORMATION SERVICES, LLC, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

June 11, 2024                    By: /s/ Shireen Hormozdi Bowman
                                 Shireen Hormozdi Bowman
                                 FL SBN: 0882461
                                 Hormozdi Law Firm, LLC
                                 1770 Indian Trail Lilburn Road, Suite 175
                                 Norcross, GA 30093
                                 Tel: 678-395-7795
                                 Fax: 866-929-2434
                                 shireen@norcrosslawfirm.com
                                 Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 11, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman