## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| ROBERT REINHARDT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:24-cv-00406 |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and SUNCOAST CREDIT UNION, | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff, ROBERT REINHARDT, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. only, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EXPERIAN INFORMATION SOLUTIONS, INC., with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

June 20, 2024          By: /s/ Shireen Hormozdi Bowman
                           Shireen Hormozdi Bowman
                           FL SBN: 0882461
                           Hormozdi Law Firm, LLC
                           1770 Indian Trail Lilburn Road, Suite 175
                           Norcross, GA 30093
                           Tel: 678-395-7795
                           Fax: 866-929-2434
                           shireen@norcrosslawfirm.com
                           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on June 20, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman